Bertha M. CRAWFORD,
Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2008–7074.

United States Court of Appeals,
Federal Circuit.

March 20, 2008.

ON MOTION

*ORDER*

Upon consideration of Bertha M. Crawford's motion to withdraw her appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

Jimmy D. TIZO, Jr., Claimant–
Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2007–7141.

United States Court of Appeals,
Federal Circuit.

March 20, 2008.

ON MOTION

*ORDER*

Jimmy D. Tizo, Jr. moves to withdraw his appeal. Tizo states that the Secretary of Veterans Affairs consents.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.